■ PROGRESSIVE CASUALTY INSURANCE COMPANY, Appellant-Respondent, v EUGENE JACKSON, Respondent-Appellant, and JERRY E. FREDETTE, SR., et al., Individually and as Parents and Natural Guardians of JERRY E. FREDETTE, JR., an Infant, Respondents.—Judgment unanimously affirmed with costs to defendant Jackson for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeals from Judgment of Supreme Court, Oswego County, Hurlbutt, J.—Declaratory Judgment.) Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ. [See, 151 Misc 2d 479.]